UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. HASSAN MOSBY**    Crim. No. 20-510    SBI: 134466C

## PETITION FOR WRIT OF HABEAS CORPUS

1. Hassan Mosby, SBI #: 134466C, FBI # 815474JB6, DOB: 06/09/1980, is now confined at Hudson County Jail.

2. Said individual will be required by **VIDEO CONFERENCE** before the Hon. Susan D. Wigenton for an **ARRAIGNMENT** on Tuesday, June 23, 2020, at 12:00 p.m. A Writ of Habeas Corpus should be issued for that purpose.

DATED:  June 19, 2020

/s/ Emma Spiro
Emma Spiro
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.
DATED:  June 19, 2020

*s/Susan D. Wigenton*
Hon. Susan D. Wigenton
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Hudson County Jail, Kearny, New Jersey

   WE COMMAND YOU that you have the body of

   Hassan Mosby, SBI #: 134466C, FBI # 815474JB6, DOB: 06/09/1980

now confined at the Hudson County Jail, Kearny, New Jersey, be brought by **VIDEO CONFERENCE** to the U.S. District Court in Newark, NJ, on Tuesday, June 23, 2020, at 12:00 p.m. so that he may appear for an Arraignment in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

   WITNESS the Honorable Susan D. Wigenton
   UNITED STATES DISTRICT JUDGE
   Newark, New Jersey

DATED:  June 19, 2020

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: *Carmen D. Soto*
     Deputy Clerk